UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL A. KUHN** | : |
| **Petitioner** | :  CIVIL ACTION NO. 3:15-0015 |
| v. | :  (JUDGE MANNION) |
| | : |
| **ROBERT GILMORE**, *et al.*, | |
| | : |
| **Respondents** | |
| | : |

**ORDER**

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: December 3, 2020**
15-0015-01-ORDER